**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENDELL NICKELSON,
ADC #150640                                                                                          PLAINTIFF

v.                                             5:16CV00082-JM-JTK

MARSHALL REED, et al.                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations ("Recommendations") from United States Magistrate Judge Jerome T. Kearney. Rather than file objections to the Recommendations, Plaintiff filed an Amended Petition for Relief Pursuant to 42 U.S.C. Section 1983. After a review of those Recommendations and the Amended Petition for Relief Pursuant to 42 U.S.C. Section 1983 filed by Plaintiff, as well as a <u>de novo</u> review of the record, the Court adopts the Recommendations in their entirety.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion and Renewed Motion for Preliminary Injunction and Temporary Restraining Order, which this Court construes as Motions for Preliminary Injunction (Doc. Nos. 3, 15), are DENIED.

IT IS SO ORDERED this 24th day of June, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE