**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KENDELL NICKELSON,
ADC #150640                                                                                              PLAINTIFF

V.                                              5:16CV00082-JM-JTK

MARSHALL REED, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.  After a review of those proposed findings and

recommendations, and the timely objections received thereto,  as well as a de novo review of the

record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.       Defendants' Motion to Dismiss (Doc. No. 25) is GRANTED IN PART, as to

Plaintiff's monetary claims against them in their official capacities.

2.       Defendants' Motion to Dismiss (Doc. No. 25) is DENIED in all other respects.

IT IS SO ORDERED this 24th day of October, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE